# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

USA FUNDING CORPORATION,

        Plaintiff-Appellants,

        Case No. 07-C-1040

-vs-

GMAC MORTGAGE CORPORATION
and NORMAN FRITZ and LISA FRITZ,

        Defendants-Respondents.

## ORDER OF DISMISSAL

Based upon the foregoing stipulation and the entire record of this matter.

**IT IS HEREBY ORDERED** that the above cross-appeal is hereby dismissed on its merits and with prejudice, and without attorneys' fees, costs or disbursements awarded to any party.

Dated at Milwaukee, Wisconsin, this 25th day of April, 2008.

        **SO ORDERED,**

        s/ Rudolph T. Randa
        HON. RUDOLPH T. RANDA
        Chief Judge